AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of __Massachusetts__

RICH REINISCH, Derivatively on
Behalf of BIOPURE CORPORATION,

          V.   Plaintiff,

THOMAS A. MOORE, CARL W. RAUSCH,
DAVID N. JUDELSON, CHARLES A.
SANDERS, M.D., C. EVERETT KOOP,
M.D., DANIEL P. HARRINGTON and
J. RICHARD CROUT, M.D.,

                  Defendants,
and
BIOPURE CORPORATION, a Delaware
Corporation,

         Nominal Defendant

**SUMMONS IN A CIVIL CASE**

**04 10215 NG**

CASE NUMBER:

TO: (Name and address of Defendant)

CARL W. RAUSCH
Biopure Corporation
11 Hurley Street
Cambridge, MA 02141

SERVE AT:

Carl W. Rausch
7 Alexander Avenue
Belmont, MA 02478

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Mary T. Sullivan
SEGAL ROITMAN & COLEMAN
11 Beacon Street, Suite 500
Boston, MA 02108
617/742-0208

an answer to the complaint which is served on you with this summons, within __20__ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

TONY ANASTAS

CLERK

_(signature)_
(By) DEPUTY CLERK

JAN 29 2004

DATE