UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| RICH REINISCH, Derivatively on Behalf of BIOPURE CORPORATION,  )<br>)<br>Plaintiffs,  )<br>)<br>vs.  )<br>)<br>THOMAS A. MOORE, et al.  )<br>)<br>Defendants,  )<br>)<br>-and-  )<br>)<br>BIOPURE CORPORATION, a Delaware Corporation,  )<br>)<br>Nominal Defendant.  )<br>) | Civil Action No. 1:04-cv-10215-NG<br><br>Assigned to: Judge J. Nancy Gertner<br><br>Magistrate Judge Alexander<br><br>DERIVATIVE ACTION<br><br>FILING FEE PAID:<br>RECEIPT # 54820<br>AMOUNT $ 50.00<br>BY DPTY CLK<br>DATE 3/25/04 |

## MOTION FOR ADMISSION *PRO HAC VICE*

Pursuant to Rule 83.5.3(b) of the Local Rules of the U.S. District Court for the District of Massachusetts, I, Mary T. Sullivan, a member in good standing of the bar of this Court, hereby move for the admission *pro hac vice* of the following counsel:

> Jeffrey P. Fink, Esq.
> Robbins, Umeda & Fink LLP
> 1010 Second Ave., Suite 2360
> San Diego, CA 92101

for the purpose of litigation in this Court as attorney for the Plaintiffs. Messr. Fink certifies herewith that he is a member in good standing of the Northern, Central and Southern Districts of California and the Eastern District of Wisconsin and is a member in good standing in each other jurisdiction to which he is admitted to practice; there are no disciplinary proceeding pending

against him in any jurisdiction; and he has studied the Local Rules of this Court.

Dated: March 24, 2004.

Respectfully submitted,

_____
Mary T. Sullivan, BBO #487130
SEGAL ROITMAN & COLEMAN
11 Beacon Street, Suite 500
Boston, MA 02108
Telephone: 617/742-0208
Facsimile: 617/742-2187

### CERTIFICATE OF SERVICE

I hereby certify that a true and exact copy of the foregoing Motion for Admission *Pro Hac Vice* has been served on Robert A. Buhlman, Esq. and Eunice E. Lee, Esq., Bingham McCutchen LLP, 150 Federal Street, Boston, MA 02110, counsel for defendants, via U.S. First-Class mail, postage-prepaid, on this the 24 day of March, 2004:

_____
Mary T. Sullivan