UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| RICH REINISCH, Derivatively on Behalf of BIOPURE CORPORATION,<br><br>　　　　　　　　Plaintiffs,<br><br>vs.<br><br>THOMAS A. MOORE, et al.<br><br>　　　　　　　　Defendants,<br><br>　　-and-<br><br>BIOPURE CORPORATION, a Delaware Corporation,<br>　　　　　　　　Nominal Defendant. | Civil Action No. 1:04-cv-10215-NG<br><br>Assigned to: Judge J. Nancy Gertner<br><br>Magistrate Judge Alexander<br><br><br><br>**DERIVATIVE ACTION** |

### CERTIFICATE OF JEFFREY P. FINK

In support of our Motion for Admission to appear *pro hac vice*, I, Jeffrey P. Fink, certify as follows:

1. I am one of the attorneys for Plaintiff Rich Reinisch.

2. I am licensed to practice law in the State of California. My State Bar Number is 199291.

3. I am admitted to practice before the United States Courts of Appeals for the Ninth Circuit.

4. I am admitted to practice before the United States District Courts for the Northern, Central and Southern Districts of California and the Eastern District of Wisconsin.

5. I am a member in good standing in every jurisdiction in which I have been admitted to practice.

6. There are no disciplinary proceedings pending against me as a member of the bar in any jurisdiction.

7. I am familiar with the Local Rules of the United States District Court of the District of Massachusetts and will abide by such Rules.

WHEREFORE, I, Jeffrey P. Fink, request that I be permitted to appear *pro hac vice* on behalf of the Plaintiffs in this case.

Respectfully Submitted,

_____
Jeffrey P. Fink, Esq.
ROBBINS, UMEDA & FINK
1010 Second Ave., Suite 2360
San Diego, CA 92101
Telephone: 619/525-3990
Facsimile: 619/525-3991


## CERTIFICATE OF SERVICE

I HEREBY CERTIFY, that on this 24 day of March, 2004, via first class mail, a true copy of the foregoing Certificate of Jeffrey P. Fink, *Pro Hac Vice* was served upon Robert A. Buhlman, Esq. and Eunice E. Lee, Esq., Bingham McCuthen, LLP, 150 Federal Street, Boston, MA 02110.

_____
Mary T. Sullivan