AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of __Massachusetts__

RICH REINISCH, Derivatively on
Behalf of BIOPURE CORPORATION,
    Plaintiff,
 V.
THOMAS A. MOORE, CARL W. RAUSCH,
DAVID N. JUDELSON, CHARLES A.
SANDERS, M.D., C. EVERETT KOOP,
M.D., DANIEL P. HARRINGTON and
J. RICHARD CROUT, M.D.,
    Defendants,
and
BIOPURE CORPORATION, a Delaware
Corporation,
    Nominal Defendant

SUMMONS IN A CIVIL CASE

CASE NUMBER: **04 10215 NG**

TO: (Name and address of Defendant)

DAVID N. JUDELSON, M.D.
1 Sutton Place South #5-A
New York, NY 10022

  **YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Mary T. Sullivan
SEGAL ROITMAN & COLEMAN
11 Beacon Street, Suite 500
Boston, MA 02108
617/742-0208

an answer to the complaint which is served on you with this summons, within ___20___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

TONY ANASTAS

CLERK

(By) DEPUTY CLERK

DATE: JAN 29 2004

| Attorney or Party without Attorney: Brian J. Robbins, Esq., Bar #190264<br>Robbins Umeda & Fink, LLP<br>1010 Second Avenue, Suite 2360<br>San Diego, CA 92101<br>Telephone No: (619) 525-3990   FAX No: (619) 525-3991 | For Court Use Only |
|---|---|
| Attorney for: Plaintiff | |
| Insert name of Court, and Judicial District and Branch Court:<br>United States District Court - District Of Massachusetts | |
| Plaintiff: Rich Reinisch, et al.<br>Defendant: Thomas A. Moore, Et Al. | Case Number:<br>0410215NG |
| **AFFIDAVIT OF SERVICE**   Hearing Date:   Time:   Dept/Div: | Ref. No. or File No.: |

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the Summons in a Civil Action; Complaint; Civil Cover Sheet

3. a. Party served: David N. Judelson, M.D.
   b. Person served: David N. Judelson, M.D., Personally

4. Address where the party was served:   One Sutton Place South, Apt. 5-A
   New York, New York 10022

5. I served the party:
   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on: Thu., Feb. 12, 2004 (2) at: 08:45PM

7. Person Who Served Papers:
   a. Randy Barona



1st Nationwide Legal Services
501 12th Street
Sacramento CA, 95814

**Voice: 916.449.8990**
**FAX: 916.449.8991**

Fee for Service:
I Declare under penalty of perjury under the laws of the State of Massachusetts that the foregoing is true and correct.

_____
(signature)

8. SUBSCRIBED AND SWORN to me, a Notary Public in and for said County and State.
   My Commission Expires 2/3/06
   (Date)

_____
AFFIDAVIT OF SERVICE           (Notary Public)

Judicial Council form POS-010
Rule 982.9.(a)&(b) Rev January 1, 2004

brrob 1707