AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of Massachusetts

RICH REINISCH, Derivatively on Behalf of BIOPURE CORPORATION,
    Plaintiff,

V.

THOMAS A. MOORE, CARL W. RAUSCH, DAVID N. JUDELSON, CHALRES A. SANDERS, M.D., C. EVERETT KOOP, M.D., DANIEL P. HARRINGTON and J. RICHARD CROUT, M.D.,
    Defendants,

and
BIOPURE CORPORATION, a Delaware Corporation,
    Nominal Defendant

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: 04 10215 NG

TO: (Name and address of Defendant)

DANIEL P. HARRINGTON
1010 West Hill Drive
Gates Mills, OH 44040

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Mary T. Sullivan
SEGAL ROITMAN & COLEMAN
11 Beacon Street, Suite 500
Boston, MA 02108
617/742-0208

an answer to the complaint which is served on you with this summons, within ___20___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

TONY ANASTAS

CLERK

(By) DEPUTY CLERK

DATE: JAN 29 2004

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| RICH REINISCH, Derivatively on Behalf of BIOPURE CORPORATION,<br><br>                        Plaintiff,<br><br>       v.<br><br>THOMAS A. MOORE, CARL W. RAUSCH, DAVID N. JUDELSON, CHARLES A. SANDERS, M.D., C. EVERETT KOOP, M.D., DANIEL P. HARRINGTON and J. RICHARD CROUT, M.D.,<br><br>-and-<br>                        Defendants,<br><br>BIOPURE CORPORATION, a Delaware Corporation,<br><br>                        Nominal Defendant. | CASE NO. 04-10215-NG<br><br>**DERIVATIVE ACTION** |

## ACCEPTANCE OF SERVICE OF SUMMONS

I, Eunice E. Lee of Bingham McCutchen LLP, with offices located at 150 Federal Street, Boston, MA 02110, am authorized to and hereby do accept service of Summons and Complaint on behalf of Defendant Daniel P. Harrington in above-captioned matter this 15th day of March, 2004.

_____
Eunice E. Lee
BINGHAM McCUTCHEN LLP
150 Federal Street
Boston, MA 02110
(617) 951-8000

Counsel for Defendants Thomas A. Moore, Carl W. Rausch, David N. Judelson, Charles A. Sanders, M.D., C. Everett Koop, M.D., Daniel P. Harrington and J. Richard Crout, M.D.