AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of __Massachusetts__

RICH REINISCH, Derivatively on
Behalf of BIOPURE CORPORATION,
            Plaintiff,

V.

THOMAS A. MOORE, CARL W. RAUSCH,
DAVID N. JUDELSON, CHARLES A.
SANDERS, M.D., C. EVERETT KOOP,
M.D., DANIEL P. HARRINGTON and
J. RICHARD CROUT, M.D.,
            Defendants,

and

BIOPURE CORPORATION, a Delaware
Corporation,
           Nominal Defendant

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: 04 10215 NG

TO: (Name and address of Defendant)

CHARLES A. SANDERS, M.D.
3200 Rugby Road
Durham, NC 27707

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Mary T. Sullivan
SEGAL ROITMAN & COLEMAN
11 Beacon Street, Suite 500
Boston, MA 02108
617/742-0208

an answer to the complaint which is served on you with this summons, within __20__ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

TONY ANASTAS

CLERK

(By) DEPUTY CLERK

DATE: JAN 29 2004

| Attorney or Party without Attorney: | For Court Use Only |
|---|---|
| Brian J. Robbins, Esq., Bar #190264<br>Robbins Umeda & Fink, LLP<br>1010 Second Avenue, Suite 2360<br>San Diego, CA 92101<br>Telephone No: (619) 525-3990   FAX No: (619) 525-3991 | |
| Attorney for: Plaintiff | |

| Insert name of Court, and Judicial District and Branch Court: |
|---|
| United States District Court - District Of Massachusetts |

| Plaintiff: Rich Reinisch, Et Al. | |
|---|---|
| Defendant: Thomas A. Moore, Et Al. | Case Number:<br>0410215NG |

| **AFFIDAVIT OF SERVICE** | Hearing Date: | Time: | Dept/Div: | Ref. No. or File No.: |
|---|---|---|---|---|

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the Summons in a Civil Action; Complaint; Civil Cover Sheet

3. a. Party served:     Charles A. Sanders, M.D.
   b. Person served:    party in item 3.a.

4. Address where the party was served:    3200 Rugby Road
   Durham, NC  27707

5. I served the party:
   b. **by substituted service.** On: Fri., Feb. 13, 2004 at: 08:15AM I left the documents listed in item 2 with or in the presence of:
   Leon McLeonard, Butler / Occupant
   (2) **(Home)** Competent Member of the Household over 18. I informed him or her of the general nature of the papers.
   (4) A declaration of mailing is attached.

7. Person Who Served Papers:
   a. David Vandenboom



1st Nationwide Legal Services
501 12th Street
Sacramento CA, 95814

Voice: 916.449.8990
FAX: 916.449.8991

*Fee for Service:*
I Declare under penalty of perjury under the laws of the State of Massachusetts that the foregoing is true and correct.

_____
(signature)
DAVID VANDENBOOM
6300 LIMOUSINE DR. SUITE 132
RALEIGH, NC
27617

8. **SUBSCRIBED AND SWORN** to me, a Notary Public in and for said County and State.
My Commission Expires July 13, 2005
(Date)

Judicial Council form POS-010
Rule 982.9.(a)&(b) Rev January 1, 2004

AFFIDAVIT OF SERVICE   Teresa A Allen   03/10/04
(Notary Public)

brrob.11716

| Attorney or Party without Attorney: | | For Court Use Only |
|---|---|---|
| Brian J. Robbins, Esq., Bar #190264<br>Robbins Umeda & Fink, LLP<br>1010 Second Avenue, Suite 2360<br>San Diego, CA 92101 | | |
| Telephone No: (619) 525-3990   FAX No: (619) 525-3991 | | |
| Attorney for: Plaintiff | | |
| Insert name of Court, and Judicial District and Branch Court:<br>United States District Court - District Of Massachusetts | | |
| Plaintiff: Rich Reinisch, Et Al. | | Case Number:<br>0410215NG |
| Defendant: Thomas A. Moore, Et Al. | | |
| **AFFIDAVIT OF SERVICE By Mail** | Hearing Date:  Time:  Dept/Div: | Ref. No or File No.: |

1. I am over the age of 18 and not a party to this action. I am employed in the county where the mailing occured.

2. I served copies of the Summons in a Civil Action; Complaint; Civil Cover Sheet

3. By placing a true copy of each document in the United States mail, in a sealed envelope by **First Class** mail with postage prepaid as follows:

   a. Date of Mailing:          Tue., Feb. 17, 2004
   b. Place of Mailing:         Sacramento, CA 95814
   c. Addressed as follows:     Charles A. Sanders, M.D.
                                3200 Rugby Road
                                Durham, NC 27707

4. I am readily familiar with the business practice for collection and processing of correspondence as deposited with the U.S. Postal Service on Tue., Feb. 17, 2004 in the ordinary course of business.

5. Person Serving
   a. Savannah Dingman
   b. **1st NATIONWIDE LEGAL SERVICES, INC.**
      501 12th Street
      Sacramento, CA 95814
   c. (916) 449-8990, FAX (916) 449-8991

   Fee for Service:
   I Declare under penalty of perjury under the laws of the State of Massachusetts that the foregoing is true and correct.

   2-17-04                    Savannah Dingman
   (Date)                     (signature)

8. SUBSCRIBED AND SWORN to me, a Notary Public in and for said County and State.
   My Commission Expires _____
   (Date)
   7-30-07

Judicial Council form POS-010
Rule 982.9.(a)&(b) Rev January 1, 2004

AFFIDAVIT OF SERVICE
By Mail

(Notary Public)

JANIS DINGMAN
COMM. # 1428443
NOTARY PUBLIC • CALIFORNIA
SACRAMENTO COUNTY
Comm. Exp. JULY 30, 2007

brrob.11716