UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| RICH REINISCH, Derivatively on Behalf of BIOPURE CORPORATION,<br><br>                          Plaintiff,<br><br>                      v.<br><br>THOMAS A. MOORE, CARL W. RAUSCH, DAVID N. JUDELSON, CHARLES A. SANDERS, M.D., C. EVERETT KOOP, M.D., DANIEL P. HARRINGTON and J. RICHARD CROUT, M.D.,<br><br>-and-<br>                          Defendants,<br><br>BIOPURE CORPORATION, a Delaware Corporation,<br><br>                    Nominal Defendant. | CASE NO. 04-10215-NG<br><br>DERIVATIVE ACTION |

**ACCEPTANCE OF SERVICE OF SUMMONS**

I, Eunice E. Lee of Bingham McCutchen LLP, with offices located at 150 Federal Street, Boston, MA 02110, am authorized to and hereby do accept service of Summons and Complaint on behalf of Defendant Thomas A. Moore in above-captioned matter this 15th day of March, 2004.

                                                       _/s/ Eunice E. Lee_
                                                       Eunice E. Lee
                                                       BINGHAM McCUTCHEN LLP
                                                       150 Federal Street
                                                       Boston, MA 02110
                                                       (617) 951-8000

                                                       Counsel for Defendants Thomas A. Moore, Carl W. Rausch, David N. Judelson, Charles A. Sanders, M.D., C. Everett Koop, M.D., Daniel P. Harrington and J. Richard Crout, M.D.