UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| RICH REINISCH, Derivatively on Behalf of BIOPURE CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>THOMAS A. MOORE, CARL W. RAUSCH, DAVID N. JUDELSON, CHARLES A. SANDERS, M.D., C. EVERETT KOOP, M.D., DANIEL P. HARRINGTON and J. RICHARD CROUT, M.D.,<br><br>-and-<br><br>Defendants,<br><br>BIOPURE CORPORATION, a Delaware Corporation,<br><br>Nominal Defendant. | CASE NO. 04-10215-NG<br><br>**DERIVATIVE ACTION** |

## ACCEPTANCE OF SERVICE OF SUMMONS

I, Eunice E. Lee of Bingham McCutchen LLP, with offices located at 150 Federal Street, Boston, MA 02110, am authorized to and hereby do accept service of Summons and Complaint on behalf of Defendant Carl W. Rausch in above-captioned matter this 15th day of March, 2004.

*[signature]*
Eunice E. Lee
BINGHAM McCUTCHEN LLP
150 Federal Street
Boston, MA 02110
(617) 951-8000

Counsel for Defendants Thomas A. Moore, Carl W. Rausch, David N. Judelson, Charles A. Sanders, M.D., C. Everett Koop, M.D., Daniel P. Harrington and J. Richard Crout, M.D.